# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: KLOSOWSKI, CRAIG ANDREW | § Case No. 10-76166 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   211 South Court Street
   Room 110
   Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 07/20/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /                    By:    /s/ STEPHEN G. BALSLEY
                                             Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KLOSOWSKI, CRAIG ANDREW           § Case No. 10-76166
                                         §
                                         §
Debtor(s)                                §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 5,065.56 |
| *and approved disbursements of* | $ 5.57 |
| *leaving a balance on hand of* [1] | $ 5,059.99 |
| **Balance on hand:** | **$ 5,059.99** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,059.99 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,256.00 | 0.00 | 1,256.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,350.00 | 0.00 | 1,350.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 2,606.00 |
| Remaining balance: | $ 2,453.99 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $  0.00
Remaining balance:  $  2,453.99

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $  0.00
Remaining balance:  $  2,453.99

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,752.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 926.40 | 0.00 | 154.11 |
| 2 | FIFTH THIRD BANK | 9,495.49 | 0.00 | 1,579.51 |
| 3 | GE Money Bank | 3,259.11 | 0.00 | 542.13 |
| 4 | Capital Recovery IV LLC | 1,071.54 | 0.00 | 178.24 |

Total to be paid for timely general unsecured claims:  $  2,453.99
Remaining balance:  $  0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $   0.00
Remaining balance:  $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $   0.00
Remaining balance:  $   0.00


Prepared By:  /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                             Case No. 10-76166-MB
Craig Andrew Klosowski                                             Chapter 7
        Debtor                       CERTIFICATE OF NOTICE

District/off: 0752-3         User: cbachman             Page 1 of 2           Date Rcvd: Jun 29, 2011
                             Form ID: pdf006            Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2011.
db            Craig Andrew Klosowski,    811 Chesterfield Lane Unit 3,    Crystal Lake, IL  60014
aty          +Erick J Bohlman,    Bohlman Law Offices, PC,    780 McArdle Dr.,    Unit F,
               Crystal Lake, IL 60014-8155
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
16567322     +Allied Intstate,    3000 Corporate Exchange Dr., 5th Fl,    Columbus, OH 43231-7723
16567323     +Apex Fiancial Management LLC,    1120 W Lake Cook Road Suite A,    Buffalo Grove, IL 60089-1970
16567324     +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16567325     +Blatt, Hasenmiller, Leibsker & Moor,    125 S. Wacker Drive, Suite 400,   Chicago, IL 60606-4440
16567326     +Blitt and Gaines PC,    661 Glenn Avenue,    Wheeling, IL 60090-6017
16567327     +Cap One Na,    Attn: Bankruptcy,    Po Box 30273,    Salt Lake City, UT 84130-0273
16567329     +Chasefield Crossing Association,    c/o NW Property Management,    5 Virginia Road,
               Crystal Lake, IL 60014-7959
16567330     +Christine Klosowski,    216 W Prairie Street,    Marengo, IL 60152-2137
16567331     +Citifinancial Retail Services,    Citifinancial/Attn: Bankruptcy Dept,    Po Box 140489,
               Irving, TX 75014-0489
16567333    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,     Attn: Bankruptcy Dept.,   Po Box 81577,
               Austin, TX 78708)
16567335     +Everhome Mortgage Co,    Attn: Bankruptcy,    8100 Nationsway,    Jacksonville, FL 32256-4405
16832081     +FIFTH THIRD BANK,    POST OFFICE BOX 829009,    DALLAS, TEXAS 75382-9009
16567336     +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
16567339     +Midland States Bank,    501 7th Street,    Rockford, IL 61104-1242
16567340     +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
16567341      US Bank Rms Cc,    Cb Disputes,    St Louis, MO 63116
16567342    ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court: Wfs Financial,     Po Box 19657,    Irvine, CA 92623)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17181029      E-mail/PDF: rmscedi@recoverycorp.com Jun 30 2011 00:03:15      Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16567328     +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2011 02:51:26      Carecr/gemb,    Attn: Bankruptcy,
               Po Box 103104,    Roswell, GA 30076-9104
16740168      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 30 2011 00:02:15      Discover Bank,
               Discover Products Inc.,    PO Box 3025,    New Albany, OH  43054-3025
16567334     +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 30 2011 00:02:15      Discover Fin,    Po Box 6103,
               Carol Stream, IL 60197-6103
17172401      E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2011 02:51:26      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16567337     +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2011 00:03:15      Gembppbycr,    Attention: GEMB,
               Po Box 103104,    Roswell, GA 30076-9104
16567338     +E-mail/Text: BKNOTICES@EAFLLC.COM Jun 29 2011 23:07:54      Hilco Rec,    Attn: Bankruptcy,
               1120 Lake Cook Road Suite B,    Buffalo Grove, IL 60089-1970
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
16567332    ##+Credit Control,    PO Box 4521,    Chesterfield, MO 63006-4521
                                                                                TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: cbachman              Page 2 of 2              Date Rcvd: Jun 29, 2011
                              Form ID: pdf006             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2011**                    **Signature:**        *Joseph Speetjens*