**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KLOSOWSKI, CRAIG ANDREW § Case No. 10-76166
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $215,850.00 *(without deducting any secured claims)* | Assets Exempt: $82,850.00 |
| Total Distribution to Claimants: $2,453.99 | Claims Discharged Without Payment: $55,379.55 |
| Total Expenses of Administration: $2,611.57 | |

3) Total gross receipts of $ 5,065.56 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,065.56 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $361,140.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,611.57 | 2,611.57 | 2,611.57 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 54,573.00 | 14,752.54 | 14,752.54 | 2,453.99 |
| **TOTAL DISBURSEMENTS** | $415,713.00 | $17,364.11 | $17,364.11 | $5,065.56 |

    4) This case was originally filed under Chapter 7 on December 20, 2010. The case was pending for 10 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/31/2011          By: /s/STEPHEN G. BALSLEY
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Anticipated 2010 Tax Refund | 1224-000 | 5,065.52 |
| Interest Income | 1270-000 | 0.04 |
| **TOTAL GROSS RECEIPTS** | | **$5,065.56** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Everhome Mortgage Co | 4110-000 | 187,249.00 | N/A | N/A | 0.00 |
| NOTFILED | Chasefield Crossing Association c/o NW Property | 4110-000 | 206.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfs Financial | 4110-000 | 7,459.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland States Bank | 4110-000 | 15,090.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 151,136.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$361,140.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,256.00 | 1,256.00 | 1,256.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,350.00 | 1,350.00 | 1,350.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.57 | 5.57 | 5.57 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 2,611.57 | 2,611.57 | 2,611.57 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 926.00 | 926.40 | 926.40 | 154.11 |
| 2 | FIFTH THIRD BANK | 7100-000 | 9,495.00 | 9,495.49 | 9,495.49 | 1,579.51 |
| 3 | GE Money Bank | 7100-000 | N/A | 3,259.11 | 3,259.11 | 542.13 |
| 4 | Capital Recovery IV LLC | 7100-000 | 1,071.00 | 1,071.54 | 1,071.54 | 178.24 |
| NOTFILED | Hilco Rec | 7100-000 | 5,734.00 | N/A | N/A | 0.00 |
| NOTFILED | Hilco Rec | 7100-000 | 6,936.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Sears/cbsd | 7100-000 | 4,754.00 | N/A | N/A | 0.00 |
| NOTFILED | Dell Financial Services | 7100-000 | 2,341.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank Rms Cc Cb Disputes | 7100-000 | 10,536.00 | N/A | N/A | 0.00 |
| NOTFILED | Carecr/gemb | 7100-000 | 5,734.00 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial Retail Services Citifinancial/Attn: | 7100-000 | 3,327.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One Na | 7100-000 | 3,719.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 54,573.00 | 14,752.54 | 14,752.54 | 2,453.99 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-76166  **Trustee:** (330410) STEPHEN G. BALSLEY
**Case Name:** KLOSOWSKI, CRAIG ANDREW  **Filed (f) or Converted (c):** 12/20/10 (f)
 **§341(a) Meeting Date:** 01/20/11
**Period Ending:** 10/31/11  **Claims Bar Date:** 04/29/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 811 Chasefield Lane Unit 3, Crystal Lake, IL 600 | 135,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with American Community Bank & | 375.00 | 0.00 | DA | 0.00 | FA |
| 3 | Misc. household goods with debtor | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc. books and CD's with debtor | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc. clothes with debtor | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. jewelry with debtor | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Misc. hobby and sports equipment with debtor | 225.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term life insurance with Federal Employees Group | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | 401(k) with Thrift Savings Plan, Atlanta, GA | 66,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2007 Pontiac G6 with 60,000 miles | 8,600.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2001 Chevrolet Tahoe with 140,000 miles | 4,400.00 | 0.00 | DA | 0.00 | FA |
| 12 | Anticipated 2010 Tax Refund (u)<br>   Settled pursuant to Order to Compromise<br>Controversy entered June 1, 2011. | Unknown | 5,065.52 | DA | 5,065.52 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.04 | FA |
| 13 | **Assets** **Totals** (Excluding unknown values) | **$215,850.00** | **$5,065.52** | | **$5,065.56** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 1, 2011    **Current Projected Date Of Final Report (TFR):**   June 10, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-76166  
**Case Name:** KLOSOWSKI, CRAIG ANDREW

**Taxpayer ID #:** **-***8114  
**Period Ending:** 10/31/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******06-65 - Money Market Account  
**Blanket Bond:** $373,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/06/11 | {12} | Craig Klosowski | Non-exempt portion of 2010 tax refund | 1224-000 | 5,065.52 | | 5,065.52 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,065.55 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-76166 | 2300-000 | | 5.57 | 5,059.98 |
| 06/10/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 5,059.99 |
| 06/10/11 | | To Account #9200******0666 | Transfer funds from MMA to Checking Account | 9999-000 | | 5,059.99 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,065.56 | 5,065.56 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,059.99 | |
| | | | **Subtotal** | | 5,065.56 | 5.57 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,065.56** | **$5.57** | |

{} Asset reference(s)    Printed: 10/31/2011 11:31 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-76166 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | KLOSOWSKI, CRAIG ANDREW | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******06-66 - Checking Account |
| Taxpayer ID #: | **-***8114 | | Blanket Bond: | $373,000.00  (per case limit) |
| Period Ending: | 10/31/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/10/11 | | From Account #9200******0665 | Transfer funds from MMA to Checking Account | 9999-000 | 5,059.99 | | 5,059.99 |
| 07/20/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,350.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,350.00 | 3,709.99 |
| 07/20/11 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,256.00, Trustee Compensation;  Reference: | 2100-000 | | 1,256.00 | 2,453.99 |
| 07/20/11 | 103 | Discover Bank | Dividend paid  16.63% on $926.40; Claim# 1; Filed: $926.40; Reference: | 7100-000 | | 154.11 | 2,299.88 |
| 07/20/11 | 104 | FIFTH THIRD BANK | Dividend paid  16.63% on $9,495.49; Claim# 2; Filed: $9,495.49; Reference: | 7100-000 | | 1,579.51 | 720.37 |
| 07/20/11 | 105 | GE Money Bank | Dividend paid  16.63% on $3,259.11; Claim# 3; Filed: $3,259.11; Reference: | 7100-000 | | 542.13 | 178.24 |
| 07/20/11 | 106 | Capital Recovery IV LLC | Dividend paid  16.63% on $1,071.54; Claim# 4; Filed: $1,071.54; Reference: | 7100-000 | | 178.24 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,059.99 | 5,059.99 | $0.00 |
| | | | Less: Bank Transfers | | 5,059.99 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,059.99 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $5,059.99 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******06-65** | 5,065.56 | 5.57 | 0.00 |
| **Checking # 9200-******06-66** | 0.00 | 5,059.99 | 0.00 |
| | $5,065.56 | $5,065.56 | $0.00 |

{} Asset reference(s)

Printed: 10/31/2011 11:31 AM    V.12.57